FILED
CLERK, U.S. DISTRICT COURT

April 24, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| JAIRO G. APARICIO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHAD T. WOLF, *et al.*,<br><br>　　　　Respondents. | CV 20-00716 TJH<br><br>Stay Order |

On April 23, 2020, the Court: (1) Provisionally certified *Roman, et al. v. Wolf, et al.*, CV 20-768 TJH (PVCx) as a class action pursuant to Fed. R. Civ. P. 23(b)(2); and (2) Issued a class-wide Preliminary Injunction in *Roman*. As a class action certified under Fed. R. Civ. P. 23(b)(2), *Roman* is a mandatory, no opt out class action. *See Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 361-62 (2011).

Petitioner is a member of the provisionally certified class in *Roman*.

The Court previously issued a Temporary Restraining Order, in this case, ordering Petitioner's release from detention.

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that, pursuant to the Preliminary Injunction issued in *Roman*, Petitioner shall remain released pending a final resolution of *Roman* or further order of the Court.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that pending a final resolution of *Roman*, this case be, and hereby is, 𝕾𝖙𝖆𝖞𝖊𝖉.

Date: April 24, 2020

_____
Terry J. Hatter, Jr.
Senior United States District Judge