# United States District Court
# Central District of California
# Western Division

JAIRO G. APARICIO,

    Petitioner,

v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.*,

    Respondents.

ED CV 20-00716 TJH (SPx)

Order JS-6

The Court has considered Petitioner's petition for a writ of *habeas corpus*, pursuant to 28 U.S.C. § 2241, together with the moving and opposing papers.

Petitioner, an immigration detainee at the Adelanto Immigration and Customs Enforcement Processing Center ["Adelanto"], filed this petition, seeking release from immigration detention based on two claims. The first claim challenged the conditions of confinement at Adelanto in light of the COVID-19 pandemic, based on a violation of substantive due process under the Fifth Amendment. The second claim alleged that the Government failed to reasonably accommodate his disability, in violation of the Rehabilitation Act, 29 U.S.C. §§ 794, *et seq.*.

Both of Petitioner's claims have been subsumed by two mandatory class actions

– *Roman, et al. v. Wolf, et al.*, CV 20-768 TJH (PVCx) ["*Roman*"] and *Fraihat, et al. v. United States Immigration and Customs Enforcement, et. al.*, CV 19-1546 JGB (SHKx).

Thus, Petitioner's individual claims are, now, moot.

Accordingly,

**It is Ordered** that the petition for writ of *habeas corpus* be, and hereby is, **Dismissed**.

**It is further Ordered** that Petitioner shall remain released subject to the terms and conditions previously ordered by this Court in this action and/or *Roman*.

Date: July 13, 2021

_____
Terry J. Hatter, Jr.
Senior United States District Judge